**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **RAVEN M. HINNANT**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**OLIPHANT FINANCIAL, LLC, OLIPHANT III, CONTRAXUS OLIPHANT,**<br><br>       **Defendants.** | **Civil Action No.: 3:17-cv-586 (MHL)** |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

Defendants Oliphant Financial, LLC, Oliphant III, Contraxus Oliphant (collectively, the "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), file this motion for an extension of time up to and including October 30, 2017, within which to file their responsive pleadings to the Complaint filed by Plaintiff Raven M. Hinnant ("Plaintiff"), and state as follows:

Defendants' counsel, who was recently retained, continues to review the allegations of the Complaint and requires additional time to respond to the same. Defendants' counsel has communicated with counsel for Plaintiff, who is agreeable to the requested extension. A proposed Agreed Order with the fully endorsed, electronic signatures of counsel is attached hereto as **Exhibit 1**.

WHEREFORE, Defendants, Oliphant Financial, LLC, Oliphant III, Contraxus Oliphant, hereby request that the Court enter an Order: (1) granting this Consent Motion for an Extension of Time; (2) providing Defendants with an extension of time up to and including October 30, 2017; and (3) awarding Defendants such further relief as the Court deems appropriate.

**OLIPHANT FINANCIAL, LLC, OLIPHANT III, CONTRAXUS OLIPHANT**

By:/s/ H. Scott Kelly
H. Scott Kelly (VSB No. 80546)
Timothy J. St. George (VSB No. 77349)
Julie D. Hoffmeister (VSB No. 87634)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
Email: scott.kelly@troutman.com
Email: tim.st.george@troutman.com
Email: julie.hoffmeister@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2017, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Emily Connor Kennedy
Boleman Law Firm
2104 Laburnum Ave, Suite 201
Richmond, VA 23227
Telephone: (804) 358-9900
Facsimile: (804) 358-8704
Email: ecf@bolemanlaw.com

Thomas Dean Domonoske
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (540) 442-7706
Email: tom@clalegal.com

        By: /s/ H. Scott Kelly
        H. Scott Kelly
        Virginia State Bar No. 80546
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        Richmond, VA 23219
        Telephone: (804) 697-2202
        Facsimile: (804) 697-1339
        Email: scott.kelly@troutman.com