**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **RAVEN M. HINNANT**<br><br>**Plaintiff,**<br><br>v.<br><br>**OLIPHANT FINANCIAL, LLC, OLIPHANT III, CONTRAXUS OLIPHANT,**<br><br>**Defendants.** | **Civil Action No.: 3:17-cv-586 (MHL)** |

## AGREED ORDER

CAME NOW Defendants Oliphant Financial, LLC, Oliphant III, Contraxus Oliphant (collectively, the "Defendants"), by counsel, upon their Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff Raven M. Hinnant;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, it is hereby,

ORDERED, ADJUDGED and DECREED that Defendants' Consent Motion for an Extension of Time is GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendants shall be GRANTED an extension of time up to and including October 30, 2017 to file their responsive pleadings to the Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this \_\_\_\_\_ day of October, 2017.

_____
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| By:/s/ H. Scott Kelly<br>H. Scott Kelly (VSB No. 80546)<br>Timothy J. St. George (VSB No. 77349)<br>Julie D. Hoffmeister (VSB No. 87634)<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone: (804) 697-2202<br>Facsimile: (804) 697-1339<br>Email: scott.kelly@troutman.com<br>Email: tim.st.george@troutman.com<br>Email: julie.hoffmeister@troutman.com<br><br>*Counsel for Defendants* | By: /s/ Dale Wood Pittman<br>Dale Wood Pittman<br>Virginia State Bar No. 15673<br>The Law Office of Dale W. Pittman, P.C.<br>112-A W Tabb St<br>Petersburg, VA 23803-3212<br>Telephone: (804) 861-6000<br>Facsimile: (804) 861-3368<br>Email: dale@pittmanlawoffice.com<br><br>*Counsel for Plaintiff* |